DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-265 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| ROBERT DANIEL CASTILLO, | |
| Defendant. | Date: October 16, 2012<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between the United States of America, through Jared Dolan, Assistant U.S. Attorney, and defendant, ROBERT DANIEL CASTILLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Tuesday, September 18, 2012, be vacated and a new status conference hearing date of Tuesday, October 16, 2012, at 9:15 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties stipulate that the time period from the date of this stipulation, September 13, 2012, through and including October 16, 2012, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare and

///

///

continuity of defense counsel], and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 13, 2012

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Matthew C. Bockmon*
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                ROBERT DANIEL CASTILLO

Dated: September 13, 2012        BENJAMIN B. WAGNER
                United States Attorney

By:   */s/ Matthew C. Bockmon for*
      JARED DOLAN
      Assistant U.S. Attorney
      Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 17, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, September 18, 2012, be vacated and that the case be set for **Tuesday, October 16, 2012, at 9:15 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, September 13, 2012, through and including October 16, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: September 17, 2012

                LAWRENCE K. KARLTON
                SENIOR JUDGE
                UNITED STATES DISTRICT COURT