1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:12-CR-00265 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RE WAIVER OF DEFENDANT'S** |
| v. ) | **PRESENCE** |
| ) | |
| ) | |
| ROBERT DANIEL CASTILLO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Fed.R.Crim.P. 43, defendant, ROBERT DANIEL CASTILLO, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

/ / /

/ / /

/ / /

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: October 16, 2012

                                        */s/ Robert Daniel Castillo*  
                                        ROBERT DANIEL CASTILLO  
                                        (Original retained by attorney)

I concur in Mr. Battle's decision to waive his presence at future proceedings.

Dated: October 16, 2012

                                        */s/ Matthew C. Bockmon*  
                                        MATTHEW C. BOCKMON  
                                        Assistant Federal Defender  
                                        Attorney for Defendant  
                                        ROBERT DANIEL CASTILLO

IT IS SO ORDERED:

Dated: October 23, 2012

                                       LAWRENCE K. KARLTON  
                                       SENIOR JUDGE  
                                       UNITED STATES DISTRICT COURT