1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
6  ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-12-265 LKK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| ROBERT DANIEL CASTILLO, | |
| Defendant. | Date: January 29, 2013<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between the United States of America, through Jared Dolan, Assistant U.S. Attorney, and defendant, ROBERT DANIEL CASTILLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Tuesday, November 20, 2012, be vacated and a new status conference hearing date of Tuesday, January 29, 2013, at 9:15 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties stipulate that the time period from the date of this stipulation, November 15, 2012, through and including January 29, 2013, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare and

/ / /

/ / /

continuity of defense counsel], and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 15, 2012

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
Federal Defender

                                    */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT DANIEL CASTILLO

Dated: November 15, 2012                BENJAMIN B. WAGNER
United States Attorney

                          By:   */s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on November 20, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, November 20, 2012, be vacated and that the case be set for **Tuesday, January 29, 2013, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, November 15, 2012, through and including January 29, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: November 19, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT