1 JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
2 MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California  95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 ROBERT DANIEL CASTILLO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. CR-S-12-265 LKK
                                     )
12             Plaintiff,            )
                                     )   **STIPULATION AND ORDER TO CONTINUE**
13      v.                           )   **STATUS CONFERENCE AND TO EXCLUDE**
                                     )   **TIME**
14 ROBERT DANIEL CASTILLO,           )
                                     )   Date:  February 20, 2013
15             Defendant.            )   Time:  9:15 a.m.
                                     )   Judge: Lawrence K. Karlton
16 _____  )

17        It is hereby stipulated and agreed to by and between the United States of America, through Jared

18 Dolan, Assistant U.S. Attorney, and defendant, ROBERT DANIEL CASTILLO, by and through his counsel,

19 Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Tuesday,

20 January 29, 2013, be vacated and a new status conference hearing date of Wednesday, February 20, at 9:15

21 a.m., be set.

22        The reason for this continuance is to allow defense counsel additional time to review the discovery

23 with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

24        Based upon the foregoing, the parties stipulate that the time period from the date of this stipulation,

25 January 23, 2013, through and including February 20, 2013, be excluded under the Speedy Trial Act 18

26 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare and

27 continuity of defense counsel], and that the ends of justice to be served by granting a continuance outweigh

28 the best interests of the public and the defendant in a speedy trial.

1  Dated: January 23, 2013

2                                                          Respectfully submitted,

3                                                          JOSEPH SCHLESINGER
                                                           Acting Federal Defender
4
                                                            /s/ Matthew C. Bockmon
5                                                          MATTHEW C. BOCKMON
                                                           Assistant Federal Defender
6                                                          Attorney for Defendant
                                                           ROBERT DANIEL CASTILLO
7

8  Dated: January 23, 2013                                BENJAMIN B. WAGNER
                                                           United States Attorney
9
                                                   By:      /s/ Matthew C. Bockmon for
10                                                         JARED DOLAN
                                                           Assistant U.S. Attorney
11                                                         Attorney for Plaintiff

12

13                                       **O R D E R**

14         Based on the reasons set forth in the stipulation of the parties filed on January 24, 2013, and good

15  cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY

16  ORDERED that the status conference currently scheduled for Tuesday, January 29, 2013, be vacated and that

17  the case be set for **Wednesday, February 20, 2013, at 9:15 a.m.**  The Court finds that the ends of justice to

18  be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy

19  trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be

20  commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation,

21  January 23, 2013, through and including February 20, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv),

22  [reasonable time to prepare] and Local Code T4.

23  Dated: January 24, 2013

24

25

26  LAWRENCE K. KARLTON
    SENIOR JUDGE
27  UNITED STATES DISTRICT COURT

28

                                            2