JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT DANIEL CASTILLO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR-S-12-265 LKK <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** <br><br> Date:  March 19, 2013 <br> Time:  9:15 a.m. <br> Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between the United States of America, through Jared Dolan, Assistant U.S. Attorney, and defendant, ROBERT DANIEL CASTILLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Wednesday, February 20, 2013, be vacated and a new status conference hearing date of Tuesday, March 19, at 9:15 a.m., be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

Based upon the foregoing, the parties stipulate that the time period from the date of this stipulation, February 15, 2013, through and including March 19, 2013, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare and continuity of defense counsel], and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 15, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT DANIEL CASTILLO

Dated: February 15, 2013

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on February 22, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Wednesday, February 20, 2013, be vacated and that the case be set for **Tuesday, March 19, 2013, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, February 15, 2013, through and including March 19, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: February 20, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT