1 JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
2 MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-12-265 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA AND TO EXCLUDE TIME** |
| ROBERT DANIEL CASTILLO, | ) |
| Defendant. | ) Date: April 2, 2013<br>) Time: 9:15 a.m.<br>) Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to by and between the United States of America, through Jared Dolan, Assistant U.S. Attorney, and defendant, ROBERT DANIEL CASTILLO, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Tuesday, March 19, 2013, be vacated and a change of plea hearing date of Tuesday, April 2, 2013, at 9:15 a.m., be set.

The continuance is necessary to meet with defendant to discuss the terms of the plea agreement.

It is further stipulated that the time period from the date of this stipulation, March 14, 2013, through and including April 2, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

/ / /

Dated: March 14, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
ROBERT DANIEL CASTILLO

Dated: March 14, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Matthew C. Bockmon for
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 14, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 19, 2013, be vacated and that the case be set for a change of plea on **Tuesday, April 2, 2013, at 9:15 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 14, 2013, through and including April 2, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: March 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT