JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT DANIEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT DANIEL CASTILLO, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR-S-12-265 LKK <br><br> ORDER AFTER HEARING |

This matter came on for Status Conference on Tuesday, April 2, 2013, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Jared Dolan appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant Robert Daniel Castillo, who was present out of custody.

A Further Status Conference/Change of Plea hearing date of Tuesday, April 23, 2013, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from April 2, 2013, up to and including April 23, 2013, pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to **Tuesday, April 23, 2013, at 9:15 a.m.**

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4, the period from April 2, 2013, up to and including April 23, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: April 3, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT